IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

IN THE MATTER OF THE ARREST OF

A MALE KNOWN AS
JUAN COMPUTADORES

Case No. 12-mj-01153-MJW

**Filed Under Restriction**

## AMENDED ORDER TO RESTRICT CASE

Upon the motion of the United States of America, and for good cause shown,

IT IS ORDERED that this case is sealed at a Level 3 restriction to all parties with the exception of the United States Attorney's Office and members of law enforcement until further order.

DATED this 15th day of November, 2012.

*[signature]*

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO
Michael J. Watanabe